UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\* CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 10-1057 ODW |
| Date | April 25, 2011 |

Present: The Honorable OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Raymond Neal | \*\*Katie Thibodeaux\*\* | Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ELIAZAR SANTIS-HERNANDEZ | X | X | | 1. Lindsey Burcham | X | X | |
| 2. MATEO GOMEZ SILVESTRE-DIEGO | X | X | | 2. David Macher | X | X | |
| 3. PEDRO DOMINGO ESTEBAN | NOT | X | | 3. David Phillips | Not | X | |
| 4. PEDRO DOMINGO ESTEBAN-FRANCISCO | X | X | | 4. Randolph Driggs | X | X | |
| 5. JOAQUIN CASTANEDA-DIAZ | X | X | | 5. William Domnarski | X | X | |

Proceedings: **Hearing on Motion for Material Witness to Receive U-Visa Certification [116] (Filed 3/22/11) & Joinders [118; 119]**

Case called, appearances made. The Court confers with counsel and hears oral argument.

For the reasons stated on the record, the Court GRANTS the motion. Counsel for movants and the Government are provided copies of the signature pages.

IT IS SO ORDERED.

:  01

Initials of Deputy Clerk   RGN